## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TERESA L. SHANDLEY, | ) CASE NO. C11-0349-JLR |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE, | ) ORDER AFFIRMING |
| Commissioner of Social Security, | ) COMMISSIONER |
| Defendant. | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, *Plaintiff's Objections and Defendant's Response*, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court AFFIRMS the decision of the Commissioner; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 27th day of November, 2011.

JAMES L. ROBART
United States District Judge

11-CV-00349-ORD

ORDER AFFIRMING COMMISSIONER
PAGE -1